UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

CIVIL ACTION NO. 19-102-DLB

PETER L. LABRECHE                                                                                    PLAINTIFF

v.                                       **JUDGMENT**

**ANDREW SAUL, Commissioner**
**of the Social Security Administration**                                                    DEFENDANT

\* \*  \* \*  \* \*  \* \*  \* \*  \* \*  \* \*

Consistent with the Memorandum Opinion and Order entered today, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, **IT IS ORDERED AND ADJUDGED** as follows:

(1)    The administrative decision is **AFFIRMED** and judgment is entered in favor of Defendant Commissioner;

(2)    Plaintiff Peter Labreche's Complaint (Doc. # 1) against Defendant Commissioner is **DISMISSED WITH PREJUDICE**; and

(3)    This action is **DISMISSED** and **STRICKEN** from the Court's active docket.

This is a final and appealable order and no just cause for delay exists.

This 9th day of November, 2020.



Signed By:
David L. Bunning
United States District Judge

J:\DATA\SocialSecurity\MOOs\Pikeville\19-102 Labreche Judgment.docx